

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-18-00120-CR**

**IN RE JASON ALAN WELLS**

_____

**Original Proceeding**

_____

**MEMORANDUM  OPINION**

_____

Jason Allen Wells filed petition for writ of mandamus requesting this Court to order the deputy sheriff of Johnson County to send him a chronological list of all of his criminal offenses.  A court of appeals has no jurisdiction to issue a writ of mandamus against a deputy except to protect or enforce its jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2017).  We dismiss Wells's petition for writ of mandamus against the deputy sheriff for want of jurisdiction.



AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed April 18, 2018
Do not publish
[OT06]

